UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAQUANDA HILL,<br><br>    Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY,<br><br>    Defendant. | Case No. 2:22-cv-00871-NJK<br><br>**ORDER** |

The Court previously granted Plaintiff's application to proceed *in forma pauperis* and dismissed her complaint with leave to amend. Docket No. 3. Now before the Court is Plaintiff's amended complaint. Docket No. 4.

When a party seeks permission to pursue a civil case *in forma pauperis*, courts screen the complaint. *See* 28 U.S.C. § 1915(e). With respect to social security appeals specifically, judges in this District have outlined some basic requirements for complaints to satisfy the Court's screening. First, the complaint must establish that administrative remedies were exhausted pursuant to 42 U.S.C. § 405(g), and that the civil action was commenced within 60 days after notice of a final decision. Second, the complaint must indicate the judicial district in which the plaintiff resides. Third, the complaint must state the nature of the plaintiff's disability and when the plaintiff claims to have become disabled. Fourth, the complaint must contain a plain, short, and concise statement identifying the nature of the plaintiff's disagreement with the determination made by the Social Security Administration and show that the plaintiff is entitled to relief. *See, e.g.*, *Graves v. Colvin*, 2015 WL 357121, *2 (D. Nev. Jan. 26, 2015) (collecting cases).

Although the Court liberally construes the filings of litigants proceeding without an attorney, *Erickson v. Pardus*, 551 U.S. 89, 94 (2007), Plaintiff's complaint does not include most of the required information. Plaintiff only identifies her claims for disability and provides none of the other information.

Accordingly, the Court **DISMISSES** Plaintiff's amended complaint. Docket No. 4. The Court will give Plaintiff one final opportunity to file an amended complaint that contains the required information. Plaintiff will have until **August 9, 2022**, to file an amended complaint, if Plaintiff believes the noted deficiencies can be corrected.

IT IS SO ORDERED.

Dated: July 8, 2022

_____
Nancy J. Koppe
United States Magistrate Judge