# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAQUANDA HILL,<br><br>　　　Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY,<br><br>　　　Defendant. | Case No. 2:22-cv-00871-NJK<br><br>**ORDER** |

　　　The Court previously granted Plaintiff's application to proceed *in forma pauperis* and, after screening her complaint, dismissed it with leave to amend. Docket No. 3. Plaintiff filed an amended complaint, Docket No. 4. The Court screened Plaintiff's amended complaint and found it to be deficient. Docket No. 5. The Court, therefore, dismissed Plaintiff's amended complaint and granted her leave to amend by August 9, 2022. *Id.* at 2. To date, Plaintiff has not filed a second amended complaint or requested an extension of the filing deadline. *See* Docket. The Court will grant Plaintiff one final opportunity to amend her complaint.

　　　Accordingly, the Court **ORDERS** that Plaintiff's second amended complaint must be filed no later than September 14, 2022. **FAILURE TO COMPLY MAY RESULT IN THE DISMISSAL OF THIS CASE.**

　　　IT IS SO ORDERED.

　　　Dated: August 15, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1