# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAQUANDA HILL,<br>　　　Plaintiff,<br>v.<br>SOCIAL SECURITY,<br>　　　Defendant. | Case No. 2:22-cv-00871-NJK<br><br>**ORDER** |

On July 8, 2022, the Court dismissed Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915(e). Docket No. 5. The Court ordered Plaintiff to file a second amended complaint by August 9, 2022. *Id.* at 2. On August 15, 2022, the Court noted that Plaintiff had not complied with the deadline set and *sua sponte* extended that deadline to file a second amended complaint to September 14, 2022. Docket No. 6. The Court warned that "**FAILURE TO COMPLY MAY RESULT IN THE DISMISSAL OF THE CASE**." *Id.* (emphasis in original).

To date, the Court has still not received a second amended complaint from Plaintiff. Accordingly, this case is hereby **DISMISSED** without prejudice. The Clerk's Office is **INSTRUCTED** to close the case.

IT IS SO ORDERED.

Dated: April 10, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge